(3 App. Div. 480.)

MAHER et al. v. GARRY et al. (No. 274.)

(Supreme Court, Appellate Division, First Department. April 10, 1896.)

COSTS—ADDITIONAL ALLOWANCE.
    Where judgment for defendant works a great hardship to plaintiffs, in the discretion of the court, no additional allowance will be granted.

Appeal from special term, New York county.

Action by Francis Maher and Patrick J. Molohan against Della Garry and others. From a judgment awarding defendants an additional allowance of $1,000, plaintiffs appeal. Reversed.

Argued before VAN BRUNT, P. J., and WILLIAMS, PATTERSON, O'BRIEN, and INGRAHAM, JJ.

Frederic R. Kellogg, for appellants.
Samuel Untermyer, for respondents.

WILLIAMS, J. We have heard the appeal from the judgment in this case at the present term (38 N. Y. Supp. 436), and have felt constrained to affirm such judgment. We have thus become familiar

with all the facts, and, in view of the great hardship to the plaintiffs resulting from the judgment, we think there should be no additional allowance granted.

The order should therefore be reversed, but without costs of the appeal, and the motion should be denied, without costs.   All concur.